WINIFRED C. SORENSEN v. WILLIAM R. COLLINS.— *Motion for leave to appeal* to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WINIFRED C. SORENSEN v. WILLIAM R. COLLINS.— Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL MAIMES and Others v. W. J. GRANBERRY and Others, Impleaded, etc. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellants' filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

STERLING FUR DYERS, INC., v. STEINFUR PATENTS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LEOPOLD D. STERN, Doing Business as L. D. STERN & Co., v. GEPO REALTY CORP., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 265.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VICTOR COHEN v. THE BARTGIS BROTHERS COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 260.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ALEXANDER ACKERSON.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SARAH L. SANDERS v. M. LOWENSTEIN & SONS, INC.— Motion granted to the extent of eliminating provisions awarding costs to appellant. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [*ante*, p. 367.]

CHEMICAL BANK & TRUST COMPANY and Others v. LAWSON WILLIAMS and Others, Impleaded, etc.— Motion for resettlement of order of this court entered April 30, 1941, denied and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 261 App. Div. 581; Id. 1064.]

VELMA H. KENNARD v. WILHELM P. KENNARD.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a resettlement denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WILHELM P. KENNARD v. VELMA H. KENNARD.— Motion granted to the extent and on the condition stated in order. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of BERNARR MACFADDEN for an Order Pursuant to Article 78 of the Civil Practice Act against FELIX C. BENVENGA, as One of the Justices of the Supreme Court of the State of New York, and MARY MACFADDEN. — Application of the petitioner granted and motion to dismiss the petition denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.